ACCEPTED
01-15-00470-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 5:20:24 PM
CHRISTOPHER PRINE
CLERK



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/22/2015 5:20:24 PM

CHRISTOPHER A. PRINE
Clerk

June 22, 2015

Christopher Prine
Clerk
Fourteenth Court of Appeals
301 Fannin
Suite 245
Houston, Texas 77002

RE: Daniel Leon Stein v. John Reger and Shu Wen Reger; Cause No. 01-15-00470-CV; on appeal to the First Court of Appeals

Mr. Prine:

This letter serves as a request to accept the filing fee of $195.00 for the above captioned case before the First Court of Appeals. The fee will be produced with the filing of this document to the Court.

Thank you for your help in this matter. Please do not hesitate to call should you have any questions or concerns.

Kind Regards,

Piero Garcia
Attorney at Law

Comerica Bank Building · One Sugar Creek Center Blvd., Suite 980 · Sugar Land, Texas 77478
Office 281.980.4529 · Fax 281.980.4530 · www.theleonlawfirm.com